IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN JACKSON,

        Petitioner,               No. CIV S-06-2646 LKK KJM P

    vs.

ROBERT A. HOREL, Acting Warden, et al.,

        Respondents.         ORDER

        Petitioner has requested an extension of time to either pay the filing fee or file an application to proceed in forma pauperis pursuant to the court's order of November 22, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 7, 2007 motion for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to pay the filing fee or file an application to proceed in forma pauperis.

DATED: February 15, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
jack2646.111