IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN JACKSON,

        Petitioner,               No. CIV S-06-2646 LKK KJM P

    vs.

ROBERT A. HOREL, Acting Warden, et al.,

        Respondents.            FINDINGS & RECOMMENDATIONS

        By an order filed February 16, 2007, petitioner was granted an extension of time in which to either pay the filing fee or file an application to proceed in forma pauperis. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed an application to proceed in forma pauperis or paid the filing fee. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

/////

/////

Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 24, 2007.

_____
U.S. MAGISTRATE JUDGE

jack2646.fff

2