IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN JACKSON,

    Petitioner,                                  No. CIV S-06-2646 LKK CHS P

    vs.

ROBERT A. HOREL, et al.,

    Respondent.                  ORDER

_____/

        On November 24, 2009, this Court denied petitioner's pro se application for writ of habeas corpus brought pursuant to 28 U.S.C. §§ 2254. Petitioner had 30 days to timely file a notice of appeal.

        On January 20, 2010, petitioner filed a notice of appeal and an accompanying motion requesting leave of court to file a late appeal. Petitioner states that was physically assaulted by another inmate and placed in Administrative Segregation for a period of time without his legal property.

        Petitioner has shown excusable neglect for the late filing of his notice of appeal. Pursuant to Fed. R. App. P. (5)(A)(i), a 30 day extension of time will be granted and petitioner's January 20, 2010 notice of appeal will be deemed timely filed.

/////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Petitioner's January 20, 2010 motion requesting leave of court to file a late notice of appeal is granted, and the deadline for petitioner's notice of appeal is extended by 30 days; and

2. Petitioner's notice of appeal filed on January 20, 2010 is deemed timely filed.

DATED: January 26, 2010

*Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE